IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02270-WJM-CBS

MRS. REBECCA RENEE CRONE, and
MR. TIMOTHY CRONE,
    Plaintiffs,
v.

DEPT. OF HUMAN SERVICES; et, D.H.S. DEFENDANTS,
MR. MATTHEW GRAFT -- DEFENDANT,
MR. STEVEN CLIFTON -- DEFENDANT,
MS. BRENDA RALL -- DEFENDANT,
MR. MECONI -- DEFENDANT,
MR. WILLIAM CROSSMAN -- DEFENDANT,
MR. DANIEL SLATER -- DEFENDANT,
MS. HOLLY MCBEE -- DEFENDANT, and
MS. STACEY RUSSELL -- DEFENDANT,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiffs' "Motion to Amend Case Heading" (filed October 26, 2011) (Doc. # 24). Pursuant to the Order of Reference dated September 1, 2011 (Doc. # 2) and the memorandum dated October 26, 2011 (Doc. # 25), this matter was referred to the Magistrate Judge. The court has reviewed the Motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Plaintiffs seek "to amend the case heading in this matter to respectfully and appropriately identify all entities in the case," relying on Fed. R. Civ. P. 15(a)(2). (*See* Motion). Plaintiffs' proposed amended caption, or case heading, adds Defendants "Fremont County DSS (Dept. of Social Services[)] (DSS) West Central Mental Health Inc." and "Foster Parents: Defendant – Roger and Tracy McKissak, DEFENDANT," who were mentioned in the original Complaint as "Additional defendants." (*See* Doc. # 1 at 19 of 32). (*See id.*).

Fremont County Department of Human Services has some awareness of this civil action. (*See* Docs. # 14, # 19). Plaintiffs have filed purported returns of service on Roger and Tracy McKissak. (*See* Docs. # 17, # 20).

Accordingly, IT IS ORDERED that:

1. Plaintiffs' "Motion to Amend Case Heading" (filed October 26, 2011) (Doc. # 24) is GRANTED.

2. The Clerk of the Court shall add "Fremont County DSS (Dept. of Social Services[)] (DSS) West Central Mental Health Inc." and "Foster Parents: Defendant – Roger and Tracy McKissak, DEFENDANT" to the case caption as Defendants.

3. Plaintiffs are advised that adding these Defendants to the case caption does not resolve any outstanding issues of proper service of process, failure to state a claim for which relief can be granted, or requested sanctions.

Dated at Denver, Colorado this 27th day of October, 2011.

BY THE COURT:

   s/Craig B. Shaffer   
United States Magistrate Judge