IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02270-WJM-CBS

MRS. REBECCA RENEE CRONE, and
MR. TIMOTHY CRONE,
    Plaintiffs,
v.

DEPT. OF HUMAN SERVICES, D.H.S. DEFENDANTS,
MS. HOLLY MCBEE -- DEFENDANT,
MR. MATTHEW GRAFT -- DEFENDANT,
MR. ROCCO MECONI -- DEFENDANT,
ROGER MCKISSACK, and
TRACEY MCKISSACK,
    Defendants.

---

## ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court *sua sponte,* regarding the parties' and the court's failure to include Defendants Roger and Tracey McKissack on their certificates of mailing. Pursuant to the Order of Reference dated September 1, 2011 (Doc. # 2), this matter was referred to the Magistrate Judge to conduct proceedings pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed.R.Civ.P. 72(a) and (b).

    Defendants Roger and Tracey McKissack were named in both the original Complaint and the Amended Complaint. (*See* Docs. # 1 and # 44). Defendants Roger and Tracey McKissack also filed a Motion to Dismiss on December 21, 2011 that included their address. (*See* Doc. # 42). The court having reviewed the entire docket in the case and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    The Clerk of the Court shall add to the court's certificate of mailing Defendants Roger and Tracey McKissack' address, 460 County Rd. 103, Florence CO 81226, and the

other contact information included on the "McKissack Defendants' Motion to Dismiss Plaintiffs' Complaint" (Doc. # 42).

    2.    The Clerk of the Court is directed to mail copies of Docs. # 44, # 45, # 46, # 48, #49, # 50, # 51, # 52, # 53, # 54, # 55, # 57, # 58, and # 59 to Defendants Roger and Tracey McKissack.

    3.    Defense counsel shall add Defendants Roger and Tracey McKissack to their certificate of mailing.

Dated at Denver, Colorado this 10th day of April, 2012.

BY THE COURT:

s/Craig B. Shaffer  
United States Magistrate Judge