IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 11-cv-02270-WJM-CBS

REBECCA RENEE CRONE, and,
TIME CRONE

       Plaintiffs,

v.

DEPT. OF HUMAN SERVICES, ET, D.H.S. DEFENDANTS,
HOLLY MCBEE,
MATTHEW GRAF[F],
ROCCO MECONI,
ROGER MCKISSACK, and
TRACY MCKISSACK

       Defendants.

---

**ORDER ADOPTING OCTOBER 5, 2012 AMENDED RECOMMENDATION OF
MAGISTRATE JUDGE, GRANTING DEFENDANTS' RENEWED MOTION TO DISMISS
AMENDED COMPLAINT, AND GRANTING PLAINTIFF TIM CRONE'S REQUEST
THAT THE ENTIRE COURT PROCEEDINGS BE DISMISSED (ECF NO. 59)**

---

This matter is before the Court on the October 5, 2012 Amended

Recommendation[1] of United States Magistrate Judge Craig B. Shaffer (ECF No. 67) (the

"Recommendation") that Defendants Graff, McBee, and Meconi's Renewed Motion to

Dismiss Amended Complaint (ECF No. 50) and the McKissak Defendants' Renewed

Motion to Dismiss Amended Complaint (ECF No. 63) be granted.  The Recommendation

is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

---

[1] Magistrate Judge Shaffer issued a Recommendation on October 4, 2012 that was substantively the same as the Amended Recommendation.  The Amended Recommendation simply made a number of clarifications of the factual record.  (ECF No. 67.)  Because the original Recommendation is subsumed in the Amended Recommendation, the Court addresses only the Amended Recommendation.

The Recommendations advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendations.  (ECF No. 67 at page 17.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been filed by either party.[2]

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1)    The Magistrate Judge's Recommendation (ECF No. 67) is ADOPTED in its entirety;

(2)    Defendants Graff, McBee and Meconi's Renewed Motion to Dismiss Amended Complaint (ECF No. 50) is GRANTED;

(3)    Plaintiffs' claims against Defendants Graff, McBee, and Meconi are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction;

---

[2]  The Court notes that the Amended Recommendation mailed to Plaintiff Rebecca Crone's last known address was returned to the Court with the notation "MOVED LEFT NO ADDRESS, UNABLE TO FORWARD".  (ECF No. 68.)  However, the original Recommendation does not appear to have been returned as undeliverable.  Moreover, all parties have an obligation to keep the Court apprised of their current address.  *See* D.C.Colo.LCivR 10.1(M) (requiring that any *pro se* party notify the Court of a change of address within five days of such change).  To the extent the Court was unable to provide Rebecca Crone with a copy of the Amended Recommendation, the fault lies with Ms. Crone.

(4)     The McKissak Defendants' Renewed Motion to Dismiss Amended Complaint

         (ECF No. 63) is GRANTED;

(5)     All claims against the McKissak Defendants are DISMISSED WITH PREJUDICE

         for failure to state a claim upon which relief could be granted;

(6)     Plaintiffs' claims against Defendants "Dept. Of Human Services; et, D.H.S.

         Defendants" are DISMISSED WITHOUT PREJUDICE; and

(7)     As all claims in this case have been resolved, the Clerk shall close the case.


Dated this 16th day of November, 2012.

                                          BY THE COURT:


                                          _____
                                          William J. Martínez
                                          United States District Judge